IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

DEBTOR: CALVIN L. LEE                    CASE NO. 1:24-bk-70612

## OBJECTION TO CONFIRMATION

Union Bank & Trust Company (herein "UB&T") by its counsel, Barton & Roper, PLLC, and for its Objection to Confirmation states:

1. That the debtor is indebted to UB&T in the amount of $39,763.33.

2. That this loan is secured by the following personal property, to wit:

    2006 IH Truck
    1998 Hopper Bottom Trailer
    2010 Camry
    1997 Dodge Pickup Truck

3. That the debtor's plan proposes to pay UB&T the sum of $37,425.00 together with interest at 10.5% per annum.

4. That prior to debtor's filing for relief herein, UB&T had repossessed the collateral due to a substantial default by the debtor, the debtor having last made a payment to UB&T on July 16, 2023.

5. That debtor has requested the return of the collateral. That UB&T has agreed to the return of the collateral provided that or provide UB&T with written documentation as to employment by the debtor requiring the use of the collateral and also providing proof of insurance.

6. That the debtor has, to date, not provided UB&T with the requested requirements for surrender of the collateral and UB&T continues to possess the collateral.

7. That unless the debtor is able to provide gainful employment together with proof of insurance he will be unable to perform under the plan, and the plan will not be feasible.

8. That debtor's plan undervalues UB&T's collateral, and therefore fails to meet the requirements of Chapter 13.

Wherefore, UB&T prays that debtor's plan not be confirmed, and for all further and lawful relief to which it is entitled, it will ever pray.

                                Barton & Roper, PLLC
                                PO Box 507
                                Monticello, AR 71657
                                (870) 367-6288
                                wbarton@bartonandroper.com

_____
Whit Barton            (79010)

## CERTIFICATE OF SERVICE

    I, Whit Barton, a member of Barton & Roper, PLLC, do hereby certify that a copy of the foregoing was sent via PACER on 7th day of June, 2024, as follows:

Matt Black
Dickerson Law Firm, PA
PO Box 6400
Hot Springs, AR 71902

Jack W. Gooding, Trustee
PO Box 8202
Little Rock, AR 72221-8202

 

                                             Whit Barton     (79010)
                                             Barton & Roper, PLLC
                                             PO Box 507
                                             Monticello, AR 71657