United States Bankruptcy Court
Western District of Arkansas

In re: Case No. 24-70612-rdt
Calvin L Lee Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0861-1      User: admin      Page 1 of 1
Date Rcvd: Aug 06, 2024      Form ID: nhrgccm      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Calvin L Lee, 905 Sturgis St., Warren, AR 71671-2414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack W. Gooding | noticing@ark13.com |
| Matthew Dean Black | on behalf of Debtor Calvin L Lee hsecf@dickersonlawfirm.com black.matthewb123144@notify.bestcase.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov |
| Walter Whit Barton | on behalf of Creditor Union Bank & Trust Company wbarton@bartonandroper.com jjones@bartonandroper.com;bankruptcy@unionbnk.com |

TOTAL: 4

Form nhrgccm

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re: Calvin L Lee
Debtor

Case No.: 1:24-bk-70612
Chapter: 13
Judge: Richard D. Taylor

PLEASE TAKE NOTICE that a hearing will be held before Judge Richard D. Taylor at

U.S. Post Office and Courthouse, 101 S. Jackson Ave., 2nd Fl Courtroom, El Dorado, AR 71730

on 11/7/24 at 09:30 AM

to consider and act upon the following:

*22* − Objection to Confirmation of Plan Objection to Confirmation Filed by Walter Whit Barton on behalf of Creditor Union Bank & Trust Company (Barton, Walter)

Dated: 8/6/24

Linda McCormack, Clerk
By:
Erika Scales
Deputy Clerk