United States Bankruptcy Court
Western District of Arkansas

In re: Case No. 24-70612-rdt
Calvin L Lee Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0861-1     User: admin     Page 1 of 1
Date Rcvd: Sep 23, 2024     Form ID: nhrg     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Calvin L Lee, 905 Sturgis St., Warren, AR 71671-2414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack W. Gooding | noticing@ark13.com |
| Matthew Dean Black | on behalf of Debtor Calvin L Lee hsecf@dickersonlawfirm.com black.matthewb123144@notify.bestcase.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov |
| Walter Whit Barton | on behalf of Creditor Union Bank & Trust Company wbarton@bartonandroper.com jjones@bartonandroper.com;bankruptcy@unionbnk.com |

TOTAL: 4

Form nhrg

## UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re:     Calvin L Lee
             Debtor

Case No.: 1:24−bk−70612
Chapter: 13
Judge: Richard D. Taylor

PLEASE TAKE NOTICE that a Hearing has been scheduled before Judge Richard D. Taylor at

U.S. Post Office and Courthouse, 101 S. Jackson Ave., 2nd Fl Courtroom, El Dorado, AR 71730

on 11/7/24 at 09:30 AM

to consider and act upon the following:

*40* − Motion to Dismiss Case filed by Trustee (Gooding, Wtrustee)

Dated: 9/23/24

                                                         Linda McCormack, Clerk
                                                         By:
                                                         Erika Scales
                                                         Deputy Clerk