IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE: Calvin L Lee

CASE NO: 1:24-bk-70612 T

Chapter 13

## CHAPTER 13 ORDER DISMISSING CASE
## FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on August 19, 2024, Docket Entry [34], requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of August 19, 2024.

IT IS SO ORDERED.

Date: 10/11/2024

/s/ Richard D. Taylor

Richard D. Taylor
U.S. Bankruptcy Judge

cc:  Jack W Gooding, Trustee

Dickerson Law Firm (Ach)
El Dorado Office
P O Box 6400
Hot Springs, AR  71902-6400

Calvin L Lee
905 Sturgis St
Warren, AR  71671

All Creditors

DMC    /195